KEVIN V. RYAN (CSBN 118321)
United States Attorney

**E-filed 5/17/06**

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDACE KELLY (CSBN 191473)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00589-JF |
|    Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND [P~~ROPOSED~~] |
| ) | ORDER TO EXCLUDE TIME UNDER |
| ALEXANDER DZHUGA, ) | THE SPEEDY TRIAL ACT FROM MAY |
|   a/k/a Aleksandr Dhuga, ) | 17, 2006 TO JUNE 7, 2006 |
|   a/k/a Aleksandr Dzhuga, ) | |
| LEONID DZHUGA, ) | |
| VLADIMIR A. SEMENOV, ) | |
| NATALIA IGOREVNA STADNIK, ) | |
|   a/k/a Natalia Stadnik Dzhuga, and ) | |
| ARMOND TENNYSON TOLLETTE II, ) | |
|   a/k/a Armond T. Tollette, Jr., ) | |
| ) | |
|    Defendants. ) | |

STIPULATION

1. The parties in the above-captioned case are scheduled to appear before the Court on May 17, 2006 at 9:00 a.m. Government counsel was set to be in trial in San Francisco during that week and counsel for Leonid Dzhuga is unavailable on that date. Additionally, the defendants

ORDER
CR 05-00589-JF

1  have not completed their review of the discovery in this matter.  Accordingly, the parties have
2  agreed to a continuance of the status hearing date to June 7, 2006.
3      2. All counsel agree and stipulate that time should be excluded from May 17, 2006 through
4  and including June 7, 2006 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and
5  (B)(iv) for continuity of counsel and in order to allow the defendants a reasonable amount of time
6  to effectively prepare for trial, taking into account the exercise of due diligence.
7  SO STIPULATED.

DATED: 5/9/06                    _____/s/_____
                                 MARK J. WERKSMAN
                                 Attorney for Defendant A. Dzhuga

DATED: 5/10/06                   _____/s/_____
                                 DMITRY Y. GUROVICH
                                 Attorney for Defendant
                                 L. Dzhuga

DATED: 5/16/06                   _____/s/_____
                                 GEOFFREY BRAUN
                                 Attorney for Defendant Semenov

DATED: 5/10/06                   _____/s/_____
                                 ELON BERK
                                 Attorney for Defendant Stadnik

DATED: 5/15/06                   _____/s/_____
                                 KURT ROBINSON
                                 Attorney for Defendant Tollette

DATED: 5/15/06                   _____/s/_____
                                 CANDACE KELLY
                                 Assistant United States Attorney

## ORDER

26  The Court finds that there is good cause for the extension of time described above, and
27  that the ends of justice served by granting this continuance outweigh the best interests of the
28  public and of the defendants in a speedy trial and the prompt disposition of criminal cases.  18

ORDER
CR 05-00589-JF

1  U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny
2  the defendants continuity of counsel and the reasonable time necessary for effective preparation
3  taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).
4      Accordingly, and with the consent of the defendants, the Court continues the matter to June
5  7, 2006 at 9:00 a.m. for a status hearing and orders that the period from May 17, 2006 through
6  and including June 7, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C.
7  § 3161(h)(8)(A) and (B)(iv).
8  IT IS SO ORDERED.

10  DATED:  5/17/06

                        JEREMY FOGEL
11                      UNITED STATES DISTRICT JUDGE

ORDER
CR 05-00589-JF

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 17, 2006 TO JUNE 7, 2006**

in the case of **UNITED STATES V. ALEXANDER DZHUGA, ET AL., CR 05-00589 JF** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Elon Berk**
**15250 Ventura Boulevard, Suite PH-1220**
**Sherman Oaks, California 91403**
**Fax: (818) 205-1559**

**Dmitry Y. Gurovich**
**15250 Ventura Boulevard, Suite PH-1220**
**Sherman Oaks, California 91403**
**Tel: (818) 205-1555**

**Mark J. Werksman**
**801 South Figueroa Street, 11th Floor**
**Los Angeles, California 90017**
**Fax: (213) 624-1942**

**Geoffrey Braun**
**181 Devine Street**
**San Jose, CA 95110**
**Tel: (408) 288-9512**

**Kurt Robinson**
**4681 Deadwood Drive**
**Fremont, CA 94536-6614**
**Fax: (510) 315-3256**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2006

/s/
RAWATY YIM
United States Attorney's Office

ORDER
CR 05-00589-JF