1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  CANDACE KELLY (CASBN 191473)
   Assistant United States Attorney
5
                                                        **E-filed 7/27/06**
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-6962
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 05-00589-JF
14                                    )
          Plaintiff,                  )
15                                    )
       v.                             )
16                                    )   STIPULATION AND [~~PROPOSED~~]
                                      )   ORDER TO EXCLUDE TIME UNDER
17 ALEXANDER DZHUGA,                  )   THE SPEEDY TRIAL ACT FROM JULY
       a/k/a Aleksandr Dhuga,         )   12, 2006 TO SEPTEMBER 27, 2006
18     a/k/a Aleksandr Dzhuga,        )
   LEONID DZHUGA,                     )
19 VLADIMIR A. SEMENOV,               )
   NATALIA IGORVENA STADNIK,          )
20     a/k/a Natalia Stadnik Dzhuga, and )
   ARMOND TENNYSON TOLLETTE II, )
21     a/k/a Armond T. Tollette, Jr.,  )
                                      )
22                                    )
          Defendants.                 )
23 _____)

24

25                              STIPULATION

26     1. The parties in the above-captioned case appeared before the Court on July 12, 2006 for a

27 status conference. At that time, the government informed the Court that the Assistant United

28 States Attorney (AUSA) handling this case will be leaving the office for a detail to the District of

ORDER
CR 05-00589-JF

1  Hawaii.  The case will be reassigned to a new AUSA, who will be joining the office at the end of
2  the month. Defense counsel also informed the Court of various conflicts in their schedules that
3  did not allow for another status hearing until September 27, 2006.  The parties requested a
4  continuance to September 27, 2006, for a status conference.
5      2. All counsel agreed and stipulated that time should be excluded from July 12, 2006 through
6  and including September 27, 2006 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A)
7  and (B)(iv) in order to allow for continuity of counsel for both the United States and for each of
8  the defendants.
9  SO STIPULATED.

DATED: 6/27/06                                         /s/
                                                  MARK J. WERKSMAN
                                                  Attorney for Defendant A. Dzhuga

DATED: 6/28/06                                         /s/
                                                  DMITRY Y. GUROVICH
                                                  Attorney for Defendant
                                                  L. Dzhuga

DATED: 6/26/06                                         /s/
                                                  GEOFFREY BRAUN
                                                  Attorney for Defendant Semenov

DATED: 6/28/06                                         /s/
                                                  ELON BERK
                                                  Attorney for Defendant Stadnik

DATED: 7/25/06                                         /s/
                                                  KURT ROBINSON
                                                  Attorney for Defendant Tollette

DATED: 7/25/06                                         /s/
                                                  CANDACE KELLY
                                                  Assistant United States Attorney

ORDER
CR 05-00589-JF

| | |
|---|---|
| 1 | ORDER |

2    The Court finds that there is good cause for the extension of time described above, and
3  that the ends of justice served by granting this continuance outweigh the best interests of the
4  public and of the defendants in a speedy trial and the prompt disposition of criminal cases.  18
5  U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny
6  the government and the defendants continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

7    Accordingly, and with the consent of the defendants, the Court continues the matter to
8  September 27, 2006 at 9:00 a.m. for further status and orders that the period from July 12, 2006
9  through and including September 27, 2006 be excluded from the Speedy Trial Act calculations
10 under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

11 IT IS SO ORDERED.

13 DATED:___ 7/27/06 _____

   _____
   JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE

ORDER
CR 05-00589-JF