**E-filed 3/13/07**

WILLIAM S. KROGER, JR., California State Bar No. 187952
Attorney at Law
8888 Olympic Boulevard
First Floor
Beverly Hills, California 90211
(323) 655-5700
(323) 655-7446 Facsimile
wskroger@laattorney.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 05-00589-JF |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING OF DEFENDANT ARMOND |
| vs. ) | TOLLETTE JR. (P~~ROPOSED ORDER~~) |
| ) | |
| ARMOND TOLLETTE, JR, ) | |
| ) | |
| Defendant ) | |
| ) | |

It is hereby stipulated by and between the parties, Assistant United States Attorney, Richard Cheng, for the plaintiff, United States of America and Attorney William S. Kroger, Jr., for the Defendant, Armond Tollette, Jr., that the Sentencing hearing presently set for ~~April 18,~~ May 9, 2007 at 10:00 a.m. be continued to July 18, 2007 at 10:00 a.m.

Respectfully submitted:

Dated: February 22, 2007

_____/S/_____
William S. Kroger, Jr.
Attorney for Armond Tollette, Jr.

Dated: February \_\_\_, 2007

_____
Richard Cheng
Assistant United States Attorney

(PROPOSED ORDER)

-1-

1
2  IT IS HEREBY ORDERED That the sentencing of the defendant, Armond Tollette, Jr. is
3  continued to July 18, 2007 at 9:00 a.m.
4  DATED:        ~~February _____, 2007~~ March 13, 2007

_____
JEREMY FOGEL
United States District Judge

-2-