Mark J. Werksman, Esq. - CSB No. 120767
LAW OFFICES OF MARK J. WERKSMAN
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

*efiled 4/5/07

Attorneys for Defendant
Alexander Dzhuga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER DZHUGA,<br>et al.<br><br>　　　　Defendant. | CASE NO. CR-05-00589-JF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

**TO: THE HONORABLE HONORABLE JEREMY FOGEL, JUDGE OF THE UNITED STATES DISTRICT COURT AND TO ASSISTANT UNITED STATES ATTORNEY RICHARD C. CHENG:**

　　Defendants Alexander Dhuzga, Vladimir Semenov, Leonid Dzhuga, Natalia Stadnik, and Armond Tollett, II, by and through their respective counsels of record, and the United States of America, by and through its representative, Assistant United States Attorney Richard C. Cheng, hereby agree and stipulate that the Sentencing Hearing currently set for April 18, 2007, be continued to June 18, 2007 at 10:00 a.m.

///

1  The basis for the requested continuance is defense counsel needs additional
2  time to respond to the Pre-sentence Report.
3
4  **IT IS SO STIPULATED**
5  The parties agree and stipulate that defendant's sentencing, currently
6  set for April 18, 2007, be continued until June 18, 2007, 2007 at 10:00 a.m., or
7  such other date as is available for the Court.
8  Defendant's counsel has discussed the proposed continuance with
9  defendant who concurs with this request and the reasons stated therefore.
10
11  Dated: March 21, 2007              United States Attorney
                                        Kevin V. Ryan
12
13
                                        By: _____
14                                          Richard C. Cheng
                                            Assistant United States Attorney
15
16
17  Dated: March ___, 2007             By: _____
                                            Mark Werksman
                                            Attorney for Defendant
18                                          Alexander Dzuhga
19
20  Dated: March ___, 2007             By: _____
                                            Geoffrey A. Braun
21                                          Attorney for Defendant
                                            Vladimir Semenov
22
23
24  Dated: March ___, 2007             By: _____
                                            Dmitry Gurovich
25                                          Attorney for Defendant
                                            Leonid Dzuhga
26
27
    Dated: March ___, 2007             By: _____
28                                          Elon Berk

1  The basis for the requested continuance is defense counsel needs additional
2  time to respond to the Pre-sentence Report.

**IT IS SO STIPULATED**

The parties agree and stipulate that defendant's sentencing, currently set for April 18, 2007, be continued until June 18, 2007, 2007 at 10:00 a.m., or such other date as is available for the Court.

Defendant's counsel has discussed the proposed continuance with defendant who concurs with this request and the reasons stated therefore.

Dated: March ___, 2007

United States Attorney
Kevin V. Ryan

By: _____
Richard C. Cheng
Assistant United States Attorney

Dated: March 23, 2007

By: /s/ Mark W_____
Mark Werksman
Attorney for Defendant
Alexander Dzuhga

Dated: March ___, 2007

By: _____
Geoffrey A. Braun
Attorney for Defendant
Vladimir Semenov

Dated: March 21, 2007

By: _____
Dmitry Gurovich
Attorney for Defendant
Leonid Dzuhga

Dated: March ___, 2007

By: _____
Elon Berk

The basis for the requested continuance is defense counsel needs additional time to respond to the Pre-sentence Report.

**IT IS SO STIPULATED**

The parties agree and stipulate that defendant's sentencing, currently set for April 18, 2007, be continued until June 18, 2007, 2007 at 10:00 a.m., or such other date as is available for the Court.

Defendant's counsel has discussed the proposed continuance with defendant who concurs with this request and the reasons stated therefore.

Dated: March ___, 2007                     United States Attorney
                                            Kevin V. Ryan


                                            By:_____
                                            Richard C. Cheng
                                            Assistant United States Attorney


Dated: March ___, 2007                     By:_____
                                            Mark Werksman
                                            Attorney for Defendant
                                            Alexander Dzuhga


Dated: March 21, 2007                      By: /s/ Geoffrey A. Braun
                                            Geoffrey A. Braun
                                            Attorney for Defendant
                                            Vladimir Semenov


Dated: March ___, 2007                     By:_____
                                            Dmitry Gurovich
                                            Attorney for Defendant
                                            Leonid Dzuhga

1      The basis for the requested continuance is defense counsel needs additional
2  time to respond to the Pre-sentence Report.

4  **IT IS SO STIPULATED**
5      The parties agree and stipulate that defendant's sentencing, currently
6  set for April 18, 2007, be continued until June 18, 2007, 2007 at 10:00 a.m., or
7  such other date as is available for the Court.
8      Defendant's counsel has discussed the proposed continuance with
9  defendant who concurs with this request and the reasons stated therefore.

11  Dated: March ___, 2007            United States Attorney
                                        Kevin V. Ryan

14                                      By:_____
                                        Richard C. Cheng
                                        Assistant United States Attorney

17  Dated: March ___, 2007            By:_____
                                        Mark Werksman
                                        Attorney for Defendant
                                        Alexander Dzuhga

20  Dated: March ___, 2007            By:_____
                                        Geoffrey A. Braun
                                        Attorney for Defendant
                                        Vladimir Semenov

24  Dated: March __, 2007             By:_____
                                        Dmitry Gurovich
                                        Attorney for Defendant
                                        Leonid Dzuhga

27  Dated: March __, 2007             By:_____
                                        Elon Berk

Mark Werksman
801 S. Figueroa St.
11th Floor
L.A., CA 90017

2

| | | |
|---|---|---|
| 1 | Dated: March ___, 2007 | By:_____ |
| 2 | | Elon Berk |
| | | Attorney for Defendant |
| 3 | | Natalia Stadnik |

Dated: March ___, 2007     By: /s/ William S. Kroger, Jr.
                                William S. Kroger, Jr.
                                Attorney for Defendant
                                Armond Tollett, II

## [PROPOSED] ORDER

**THE COURT HEREBY** continues the Sentencing hearing in this matter currently set for April 18, 2007, at 10:00 a.m. to June ~~18~~ 20, JF, 2007, at 10:00 a.m.

**IT IS SO ORDERED** As Modified Above.

Dated: ~~March~~ April 4 ___, 2007

_____
HONORABLE JEREMY FOGEL
United States District Judge

```
Mark Werksman
801 S. Figueroa St.
11th Floor                    3
L.A., CA  90017
```

(PROOF OF SERVICE - 1013A(3), 2015.5 C.C.P.)

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 11th Floor, Los Angeles, California 90017.

On March 27, 2007, I served the foregoing documents described as: **STIPULATION TO CONTINUE SENTENCING HEARING** on interested parties in this mater by placing a true copy in a sealed envelope addressed as follows:

Richard C. Cheng
Assistant United States Attorney
150 Almaden Street
San Jose, CA 95113
Fax No. (408) 535-5066
***Attorney for United States of America***

Geoffrey A Braun, Esq.
181 Devine Street
San Jose, CA 95110
***Attorney for Vladimir A. Semenov***

Dmitry Y. Gurovich, Esq.
Gurovich & Associates
15250 Ventura Blvd., Ste. PH-1220
Sherman Oaks, CA 91403
***Attorney for Leonid Dzhuga***

Elon Berk, Esq.
Gurovich & Associates
15250 Ventura Blvd., Ste. PH-1220
Sherman Oaks, CA 91403
***Attorney for Natalia Stadnik***

William Kroger, Jr., Esq.
8888 Olympic Blvd.
Beverly Hills, CA 90211
(323) 655-5700
***Attorney for Armond Tollett, II***

Jaime A. Carranza
Pretrial Officer
280 S. 1st Street, Ste. 1150
San Jose, CA 95113
Fax No. (408) 535-5227

(BY MAIL) __X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service made pursuant to C.C.P. § 1013(a) should be presumed invalid if postal cancellation date of postage meter date is more than on day after date of deposit for mailing in affidavit.

(FEDERAL) __X__ I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed on this 27th day of March 2007, in Los Angeles, California.

*signature*
Martha Rodriguez