Mark J. Werksman, Esq. - CSB No. 120767
LAW OFFICES OF MARK J. WERKSMAN
801 South Figueroa Street, 11th Floor
Los Angeles, California 90017
Tel: (213) 688-0460 /Fax: (213) 624-1942

**E-filed 5/29/07**

Attorneys for Defendant
Alexander Dzhuga

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER DZHUGA,<br>et al.<br><br>　　　　Defendant. | CASE NO. CR-05-00589-JF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

TO: THE HONORABLE HONORABLE JEREMY FOGEL, JUDGE OF THE UNITED STATES DISTRICT COURT AND TO ASSISTANT UNITED STATES ATTORNEY RICHARD C. CHENG:

　　Defendants Alexander Dhuzga, Vladimir Semenov, Leonid Dzhuga, Natalia Stadnik, and Armond Tollett, II, by and through their respective counsels of record, and the United States of America, by and through its representative, Assistant United States Attorney Richard C. Cheng, hereby agree and stipulate that the Sentencing Hearing currently set for June 18, 2007, be continued to August 14, 2007 at 10:00 a.m.

///

///

The basis for the requested continuance is defense counsel needs additional time to receive Defendant, Alexander Dzhuga's criminal history priors from probation.

**IT IS SO STIPULATED**

The parties agree and stipulate that defendant's sentencing, currently set for June 18, 2007, be continued to August 14, 2007 at 10:00 a.m., or such other date as is available for the Court.

Defendant's counsel has discussed the proposed continuance with defendant who concurs with this request and the reasons stated therefore.

Dated: May 21, 2007

United States Attorney
Kevin V. Ryan

By: _____
Richard C. Cheng
Assistant United States Attorney

Dated: May 21, 2007

By: _____
Mark Werksman
Attorney for Defendant
Alexander Dzuhga

Dated: May 11, 2007

By: /s/ Geoffrey A. Braun (Tel. Auth.)
Geoffrey A. Braun
Attorney for Defendant
Vladimir Semenov

Dated: May 14, 2007

By: /s/ Dmitry Gurovich (Tel. Auth.)
Dmitry Gurovich
Attorney for Defendant
Leonid Dzuhga

Mark Werksman
801 S. Figueroa St.
11th Floor
L.A., CA 90017

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 14, 2007 | By: /s/ Elon Berk  (Tel. Auth.) |
| 3 | | Elon Berk<br>Attorney for Defendant |
| 4 | | Natalia Stadnik |
| 5 | | |
| 6 | Dated: May 14, 2007 | By: /s/ William S. Kroger, Jr.  (Tel. Auth.) |
| 7 | | William S. Kroger, Jr.<br>Attorney for Defendant |
| 8 | | Armond Tollett, II |

### [~~PROPOSED~~] ORDER

**THE COURT HEREBY** continues the Sentencing hearing in this matter currently set for June 18, 2007, be continued to August 15, 2007 at 10:00 a.m.

**IT IS SO ORDERED**

Dated: May 29, 2007

_____
HONORABLE JEREMY FOGEL
United States District Judge

**(PROOF OF SERVICE - 1013A(3), 2015.5 C.C.P.)**

STATE OF CALIFORNIA        )
                                          ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 11th Floor, Los Angeles, California 90017.

On May 22, 2007, I served the foregoing documents described as: **STIPULATION TO CONTINUE SENTENCING HEARING** on interested parties in this mater by placing a true copy in a sealed envelope addressed as follows:

Richard C. Cheng
Assistant United States Attorney
150 Almaden Street
San Jose, CA 95113
Fax No. (408) 535-5066
*Attorney for United States of America*

Geoffrey A Braun, Esq.
181 Devine Street
San Jose, CA 95110
*Attorney for Vladimir A. Semenov*

Dmitry Y. Gurovich, Esq.
Gurovich & Associates
15250 Ventura Blvd., Ste. PH-1220
Sherman Oaks, CA 91403
*Attorney for Leonid Dzhuga*

Elon Berk, Esq.
Gurovich & Associates
15250 Ventura Blvd., Ste. PH-1220
Sherman Oaks, CA 91403
*Attorney for Natalia Stadnik*

William Kroger, Jr., Esq.
8888 Olympic Blvd.
Beverly Hills, CA 90211
(323) 655-5700
*Attorney for Armond Tollett, II*

Jaime A. Carranza
Pretrial Officer
Robert F. Peckham Federal Building
& United States Courthouse
280 South First Street, Suite 1150
San Jose, CA 95113-3002

Lori Timmons
Robert F. Peckham Federal Building
& United States Courthouse
280 South First Street, Suite 106
San Jose, CA 95113-3002

(BY MAIL) __X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service made pursuant to C.C.P. § 1013(a) should be presumed invalid if postal cancellation date of postage meter date is more than on day after date of deposit for mailing in affidavit.

(FEDERAL) __X__ I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.

Executed on this 22nd day of May 2007, in Los Angeles, California.

_/s/ M. Rod_
Martha Rodriguez