WILLIAM S. KROGER, JR., California State Bar No. 187952
Attorney at Law
8888 Olympic Boulevard
First Floor
Beverly Hills, California 90211
(323) 655-5700
(323) 655-7446 Facsimile
wskroger@laattorney.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-00589-JF |
| Plaintiff, | STIPULATION TO EXTEND SURRENDER DATE |
| vs. | |
| ARMOND TOLLETTE, JR, | |
| Defendant | |

It is hereby stipulated by and between the parties, Assistant United States Attorney, Richard Cheng, for the plaintiff, United States of America and Attorney William S. Kroger, Jr., for the Defendant, Armond Tollette, Jr., that the Surrender of Armond Tollette presently set for November 14, 2008 at 2:00 p.m. be extended to January 30, 2009 at 2:00 p.m.  The defendant is scheduled to be sentenced on December 22, 2008 for his case out of the California Central District; counsel believes it would best serve the interest of justice and judicial economy if he was to surrender on both cases at the same time.

Respectfully submitted:

Dated: November 13, 2008

_____/S/_____
William S. Kroger, Jr.
Attorney for Armond Tollette, Jr.

-1-

Dated: November ___, 2008

_____/S/_____
Richard Cheng
Assistant United States Attorney

(PROPOSED ORDER)

IT IS HEREBY ORDERED That the Surrender of the defendant, Armond Tollette, Jr. is extended to January 30, 2009 at 2:00 p.m.

DATED:    November  14 , 2008

_____
JEREMY FOGEL
United States District Judge